ISIDOR P. GREENE, as Trustee in Bankruptcy, Respondent, v. ALBERT E. DONNELLY and MARGARETTA P. DONNELLY, Appellants.— Motion for leave to file brief granted. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

In the Matter of the Application of JOSEPH F. ABBOTT for Admission to the Bar. (From the State of Tennessee.) — Application granted. Present — Blackmar, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Application of AXTELL J. BYLES for Admission to the Bar. (From the State of Pennsylvania.) — Application granted. Present — Blackmar, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Application of CLARENCE G. CAMPBELL for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Blackmar, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Application of BENJAMIN ROBERT JOHNSON for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Blackmar, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Application of THOMAS HENRY LAINE for Admission to the Bar. (From the State of California.) — Application granted. Present — Blackmar, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Application of JOHN M. LYONS for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Blackmar, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Application of PRATHER SONDHEIM McDONALD for Admission to the Bar. (From the State of Tennessee.) — Application granted. Present — Blackmar, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Application of WILLIAM SAMSON McKNIGHT for Admission to the Bar. (From the State of Oregon.) — Application granted. Present — Blackmar, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Application of ANTHONY MOORS for an Order of Mandamus against CHARLES L. CRAIG, as Comptroller of the City of New York, and Another, etc.— Motion for stay granted, without costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

In the Matter of the Application of OTTO A. SCHLOBOHM for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Blackmar, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Application of SAMUEL SPRING for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Blackmar, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Application of SILAS MOORE WILEY for Admission to the Bar. (From the State of Illinois.) — Application granted. Present — Blackmar, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Application of WINIFRED WILTON WILSON for Admission to the Bar. (From the Province of Manitoba, Canada.) — Application granted. Present — Blackmar, P. J., Rich, Manning, Kelby and Young, JJ.